
**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 3, 2024**

_____
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 24-41927-ELM |
| JUANITA VALADEZ, § | |
| § | Chapter 13 |
| Debtor. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On June 3, 2024, Juanita Valadez ("**Valadez**") filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code, thereby initiating the above captioned case (the "**Current Case**").

Valadez was previously a chapter 13 debtor in another case before the Court: Case No. 24-41167 (the "**Prior Case**"). On April 15, 2024, the Court entered an *Order Dismissing Case for Failure to Pay Filing Fee* (the "**Prior Case Dismissal Order**") in the Prior Case. *See* Prior Case Docket No. 18. Pursuant to the Prior Case Dismissal Order, the Prior Case was dismissed with prejudice to refiling another bankruptcy case for 180 days. Valadez's filing of the Current Case is in violation of the Prior Case Dismissal Order and, therefore, must be dismissed. Accordingly, based upon the Prior Case Dismissal Order, it is hereby:

**ORDERED** that the Current Case, Case No. 24-41927, be and is hereby DISMISSED; and it is further

**ORDERED** that, consistent with the Prior Case Dismissal Order, **such dismissal is with prejudice for a period of 180 days after the date of entry of the Prior Case Dismissal Order** and Valadez is hereby barred from filing any further voluntary petition for relief under any chapter of the Bankruptcy Code (11 U.S.C. § 101, *et seq*.) until after October 12, 2024.

### END OF ORDER ###